## MADDOX *et al. vs.* THE STATE OF GEORGIA.

The reopening of a case after both sides have announced closed, is a matter for the discretion of the court, and his decision will not be reversed unless decided injustice has been done thereby.

(*a.*) The discharge of all the witnesses on one side, after a case has been announced closed, is a good ground for refusing to reopen the case at the instance of the other party.

CRAWFORD, Justice.